UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JANE DOE,  :  21-Cv-2199 (SHS)

                Plaintiff,  :

      -v-  :  <u>ORDER</u>

NEW YORK UNIVERSITY,  :

                Defendant.  :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received plaintiff's order to show cause for temporary restraining order and preliminary injunction [Doc. No. 2]. Accordingly,

    IT IS HEREBY ORDERED that:

    1.    Plaintiff shall serve a copy of the papers filed in this matter on defendant immediately, by personal service and by email; and

    2.    There will be a teleconference in this matter Tuesday, March 16, 2021, at 10:15 a.m. The parties shall dial 888-273-3658 and use access code 7004275 to join the teleconference.

Dated: New York, New York
         March 15, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.