UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                        Plaintiff,

-against-

NEW YORK UNIVERSITY,

                        Defendant.

**ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**21-Cv-2199 (SHS)**

Upon the Affidavit of Julie A. Nociolo, Esq. dated March 12, 2021, the Memorandum of Law, the Declaration of Jane Doe, dated March 12, 2021, the annexed Complaint and incorporated exhibits, and the teleconferences held on March 16 and 17, 2021, let the defendant show cause before this Court, at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street in the City of and County of New York and State of New York on April 13, 2021, at 2:30 p.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

    a. Enjoining defendant university from enforcing its sanction of suspension against Jane Doe;

    b. Directing that any reference to plaintiff's actual name be redacted or referred to by the pseudonym "Jane Doe"; and it is further

ORDERED that Plaintiff Jane Doe post $5,000.00 in security on or before March 19, 2021; and it is further

ORDERED that, pending the hearing and determination of this motion before the Court, the Clerk of the Court is directed to file the REDACTED versions of Exhibits C, G, H, J attached to plaintiff's Complaint; and it is further

ORDERED that pending the hearing and determination of this motion before the Court, defendant university is temporarily enjoined from enforcing its sanction of suspension against "Jane Doe"; and it is further

ORDERED that the caption of this case shall be JANE DOE v. NEW YORK UNIVERSITY; and it is further

ORDERED that responsive papers by defendant shall be served on plaintiff on or before April 2, 2021, by noon, and reply papers, if any, shall be filed on or before April 7, 2021, by noon; and it is further

ORDERED that personal service of a copy of this ORDER TO SHOW CAUSE together with the papers upon which it is based on or before March 17, 2021 shall be deemed good and sufficient service.

Dated: New York, New York
March 17, 2021, at 5:05 p.m.

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.