UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

JANE DOE,

                              Plaintiff,

              v.                                          21-Cv-2199 (SHS)

NEW YORK UNIVERSITY,                                      ORDER

                              Defendant.
--------------------------------------

SIDNEY H. STEIN, U.S. District Judge.

    Yesterday, this Court held a teleconference in which it granted plaintiff Jane Doe a temporary restraining order temporarily enjoining defendant New York University from enforcing its sanction of suspension against her. In the teleconference, NYU represented that plaintiff's papers did not disclose her prior disciplinary history under the university's COVID-19 policy. Defendant's counsel stated that, on two separate occasions in September 2020, NYU officials summoned and confronted Doe individually for incidents in which the university believed she had violated the university's written COVID-19 policy. The university indicated that, as with the present incident, Doe was reported to NYU officials after pictures posted on social media showed her in apparent violation of the university's masking and social-distancing guidelines. In order that the Court may better understand plaintiff's position on these incidents in advance of defendant's responsive papers due April 2,

    IT IS HEREBY ORDERED that plaintiff shall file supplemental briefing explaining her perspective on these prior incidents and their significance to plaintiff's motion for preliminary injunction by no later than 5:00 p.m. on March 25, 2021. Plaintiff shall include any affidavit(s) in support of Doe's version of events.


Dated:  New York, New York
        March 18, 2021


                                        SO ORDERED

                                        SIDNEY H. STEIN
                                        U.S.D.J.