

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

March 26, 2021

**MEMO ENDORSED**

<u>VIA ECF</u>

Hon. Sidney H. Stein
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Letter Motion to Seal in *Doe v. New York University*, No. 21-cv-2199 (SHS)

Dear Judge Stein:

      We represent New York University ("NYU") in the above-referenced matter, and write, pursuant to Section 5.B of the Court's Individual Practices, to request permission to file under seal an exhibit to NYU's forthcoming opposition to Plaintiff's motion for a preliminary injunction (the "Motion").

      That exhibit is a photograph of Plaintiff and three other NYU students; among other things, the photograph led to NYU's investigation of the students for potential violations of NYU's student conduct policy.  *See* Compl. ¶¶ 66-69.  NYU is requesting permission to file the photograph under seal because of the Court's order granting Plaintiff leave to proceed under a pseudonym pending the hearing on the Motion, ECF No. 9 at 3, and the portion of the Court's Order to Show Cause directing that "any reference to plaintiff's actual name be redacted or referred to by [a] pseudonym," ECF No. 13 at 1.  While the photograph does not contain any "reference[s] to plaintiff's actual name," the photo would still tend to identify Plaintiff publicly.  A copy of the photo has been enclosed herein (under seal) for the Court's consideration.  Plaintiff has no objection to this request.

      Relatedly, NYU wishes to advise the Court that it anticipates using pseudonyms to refer to other, non-party NYU students – including the three other students in the above-described photograph – in its opposition papers.  Under the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99), NYU is generally barred from disclosing personally identifiable information – including students' names – from education records.  *See* 34 C.F.R.§§ 99.3, 99.30.  While FERPA contains a litigation exception, the exception applies only to the records of the student who "initiates legal action against [the] educational . . . institution," *see id.* § 99.31(a)(9)(iii)(B), and none of the other relevant students meet that description.  Courts also commonly permit such pseudonyms to be used, and use them themselves, to avoid compromising student privacy.  *See, e.g.*, *Doe v. New York Univ.*, 438 F. Supp. 3d 172, 177 (S.D.N.Y. 2020).  Plaintiff also has no objection to this approach, but we welcome any further guidance from the Court.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers:  Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com

- 2 -                                                                                         March 26, 2021

We thank the Court for its consideration.

                                                        Respectfully submitted,

                                                       /s/ Benjamin A. Fleming /

                                                       Benjamin A. Fleming
                                                       benjamin.fleming@hoganlovells.com
                                                       Tel:  (212) 918-3283

Enclosure (filed under seal)

cc:   All counsel of record (via ECF)

**Defendant's request to file the exhibit containing a photograph to the opposition to plaintiff's motion for a preliminary injunction under seal is granted.**

**Dated:  New York, New York**
             **March 26, 2021**

                                            SO ORDERED
                                            _/s/ Sidney H. Stein_
                                            SIDNEY H. STEIN
                                            U.S.D.J.

EXHIBIT A

FILED UNDER SEAL