

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

March 30, 2021

**MEMO ENDORSED, p. 2**

<u>VIA ECF</u>

Hon. Sidney H. Stein
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: **Consent Letter Motion to Extend Deadline to Respond to the Complaint**
     *Doe v. New York University*, **No. 21-cv-2199 (SHS)**

Dear Judge Stein:

  As you know, we represent New York University ("NYU") in the above-referenced matter.  We write, pursuant to Section 1.E of the Court's Individual Practices, to seek an extension of the deadline for NYU to respond to the complaint in this case.  The current deadline for NYU to move, answer, or otherwise respond to the complaint is April 5, 2021.

  In light of Plaintiff's pending motion for a preliminary injunction and the April 2, 2021 due date for NYU's opposition papers, NYU respectfully requests that the Court adjourn NYU's deadline to respond to the complaint *sine die*, and direct the parties to jointly submit a proposed schedule for next steps to the Court no later than seven (7) days after the Court's ruling on the motion.

  NYU submits that this would be the most efficient course of action for the parties and the Court; the Court's decision on the motion is likely to inform the parties' thinking on the most sensible course of action in several respects, and deferring the deadline to respond to the complaint would avoid the inefficiency of potentially duplicative briefing.

  We have spoken with Plaintiff's counsel and they consent to this request.  No prior requests to extend this deadline have been made.  We thank the Court for its consideration.

             Respectfully submitted,

             <u>/s/ Ira M. Feinberg /</u>
             Ira M. Feinberg
             ira.feinberg@hoganlovells.com
             Tel:  (212) 918-3509

cc: All counsel of record (via ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers:  Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com

**Application granted.**

**Dated: New York, New York
March 31, 2021**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.