UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| JANE DOE, | : | 21-Cv-2199 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| NEW YORK UNIVERSITY, | : | |
| Defendant. | | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    1.    The hearing scheduled in this matter for April 13 at 2:30 p.m. is adjourned to April 14 at 10:00 a.m.;

    2.    The hearing shall take place at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A; and

    3.    If the parties intend to call witnesses from out of town, they shall inform my deputy, Laura Blakely, so that a videoconference may be scheduled for those witnesses.

Dated:  New York, New York
         April 7, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.