

Please send all mail to:
TROY OFFICE

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

200 HARBORSIDE DRIVE, SUITE 300
SCHENECTADY, NY 12305
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

April 14, 2021

Honorable Sidney H. Stein
United States District Court Judge
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007

Dear Judge Stein,

Please accept this letter enclosing defendant New York University's "Parent Newsletter: October Edition." Plaintiff Jane Doe referenced this document during argument this morning on her request for preliminary injunctive relief. The Court, following defendant's consent, directed plaintiff to file this supplemental submission.

Respectfully Yours,

Julie A. Nociolo
*Attorney for Plaintiff Jane Doe*

Enclosure