Fall 2020

# PARENT NEWSLETTER



## October Edition
Unsubscribe from Email List

This Parent e-Newsletter is published monthly during the academic year for parents of current New York University undergraduate students studying in New York by the NYU Center for Student Life.

As October brings in cooler weather and shorter days, it is also the start of the transition to mid-term exams, papers, and end-of-term projects. This month's issue includes updates on safety and health, a reminder about Parents Weekend registration, flu shots, enrollment verification, as well as helpful information on academic resources, student success, the Wellness Exchange, student involvement, and more. As always, we welcome ideas and topics you would like to see shared in this communication.

## Safety and Health

For the duration of the Fall 2020 semester, NYU has established a mandatory ongoing testing program for on-campus students, faculty, and staff, and also requires testing for students who develop symptoms consistent with COVID-19 or who have been in close contact with an infected person.  Members of our community working in NYU facilities and students living on and off campus are required to be tested regularly.  Below are some helpful links in regards to this testing and other measures to keep the community safe:

- Testing Dashboard
- Taking Stock of Our Health & Safety Efforts
- Testing and Prevention
- Contact Tracing
- Looking Ahead to Thanksgiving
- Traveling To/From Local COVID-19 Hotspots
- Recent COVID-19 Messages

## Keeping Students Safe and Accountable

Throughout September we communicated to students prior to the start of weekends reminding them to be safe, to follow social distancing, limiting themselves to very small gatherings, and to wear masks.

We have also added ideas and programming to the weekend communication to help students make safe decisions. We have generally observed pretty high levels of compliance with health and safety rules that have been put in place for this year. That being said, many of you have asked how we are holding students accountable and for more transparency.  In previous communications we mentioned that the University has no desire to create a "Gotcha!" atmosphere or to pursue minor, passing deviations from our safety and health rules. However, as President Hamilton and others have expressed, we take the COVID-19 threat very seriously. Some highlights include:

- Students are in great measure complying with our strict safety protocols, and at the same time, holding each other accountable for their behavior with close to 500 COVID-related referrals to the Office of Student Conduct to-date.
- There has been a significant dropoff in reported violations and judicial sanctions in the last ten days, suggesting social norming of complying with public health guidelines.
- While we have received hundreds of compliance reports, suspensions only account for a small percentage of incidents for egregious and/or repetitive disregard of health measures. No one has been suspended for going to a restaurant with a couple of friends or taking pictures with a small group of friends.
- Students should wear masks and social distance when possible whenever they are outside their homes or with people they do not live with.
- Residential students should follow their building's guest policies.
- Anyone with questions can email covidcompliance@nyu.edu.

## Academic Resources

For many students, the first month of the semester can be a time of adjustment to a new way of studying or even learning.  Some students may even be struggling to meet their academic goals or experiencing stress over their course load. This is especially true for first-year students who may have trouble adjusting to the more independent work-intensive environment of college level courses. If your student needs assistance, beyond their academic advisor, a number of online academic resources are also available:

- University Learning Center provides workshops, group review sessions, and free tutoring.
- The Writing Center offers professional writing consultants on any piece of writing (except for exams).
- Reference Librarians assist in the development of a research strategy for term papers.
- Reservable Study and Remote Learning Spaces are available through NYU Mobile for spaces across campus.

## Student Success

Student Success is a priority at NYU. The Office of Student Success embraces a holistic approach to student learning, growth, and development, while also understanding that the student experience spans life in and out of the classroom. We are a centralized resource that can provide guidance on how you can best support your student on their NYU journey.

Does your student have questions, need support, or just doesn't know where to turn? Start with a Student Success Specialist! Our Specialists work one-on-one with students to help them address any concerns or barriers to their holistic success. They can help your student get connected with the support and resources to help them thrive at NYU. Students can schedule an appointment with a Specialist in NYU Connect.

## Getting Involved and Making Connections

Student organizations and departments throughout the University continue to provide tons of virtual activities to help students meet others and make connections -- whether remote, go-local, or in New York. Some of the many ways students can explore opportunities at NYU include:

- NYU Engage -- with close to 800 active student organizations, there's a club for everyone, not to mention hundreds of events to choose from.
- Online Programming, Services & Opportunities -- with events, newsletters, resources, and more.
- NYU Events Calendar -- for speaker series, exhibits, and programs from across campus.

## Alumni and Parents Weekend - Oct 22-25

It's not too late to register for our virtual weekend, October 22-25, 2020. **All parents, family members, and students** (first year to seniors) are invited! Highlights of the weekend include:

- School and Program updates by Deans, Faculty and Staff.
- A President's Address live with President Andy Hamilton.
- Workshops on Study Away, Campus Life, Student Success, Career Development, Advising, Sample Classes, and more.
- A celebration of NYU experts with lectures and panels from faculty and alumni.
- Opportunities to connect with other parents and the larger NYU community.
- And **an exclusive conversation with Mahershala Ali (Tisch Grad Acting '00)**, a two-time Academy Award-winning actor known for his roles in films such as *Moonlight* and *Green Book*.

Registration is open to students and family members. Individual registrations are required if using separate devices to participate.  After registering, look for a follow-up email invitation for completing the registration profile and log-in to the unique Alumni and Parents Weekend website.

## Free Flu Shots

The Student Health Center offers free flu shots for NYU students in New York who are cleared for campus access at the NYU Flu Clinic located at 726 Broadway.  Appointments are available online or by phone.  Flu shots are also available at local clinics and pharmacies. Search for a location near you.

## Homesick? Lonely? Just Want to Talk?

The NYU Wellness Exchange is available 24 hours a day, 7 days a week, for students to talk with licensed professionals about day-to-day challenges like stress, anxiety, making friends, adjusting to NYU, and other health-related concerns. Students (and parents) may call **212-443-9999** (the number is conveniently located on the back of a student's NYU ID). Other Counseling resources include:

- Group Counseling
- Mental Health During COVID-19
- Relaxation Oasis
- Wellness Workshops

## Registering to Vote

For many students, this is the first time they are eligible to vote. We encourage students to take part by registering to vote -- whether it be in NYC or in their home state. Information about registering locally and/or voting absentee is available on our NYU Votes webpage.

## US Census

The deadline to be counted for the Census is coming up, and we want to make sure everyone is counted. The Census determines the distribution of more than a trillion dollars in public funding and representation in Congress. Students on campus should use their New York-based address when filling it out, and those studying remotely should use their pre-pandemic address. For more information, visit this link.

## Enrollment Verification

Looking to verify your student's enrollment at NYU for insurance or other requirements? Enrollment verification information may be obtained by your student through their NYU Albert account or at the NYU StudentLink Center.

## Ongoing Communications

As information and situations are ever changing, please know we are planning and preparing for such things as non-essential gatherings, Winter Break, and the Spring semester -- all with safety protocols in mind.   We will continue to share updates with your student and through the many communication avenues shared in this newsletter.

Kimmel Center, 7th Floor   |   212.998.4219   |   parents@nyu.edu   |    nyu.edu/parents



**REMOVE** from List | **SUBSCRIBE** to List