UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JANE DOE,                                       :    21-Cv-2199 (SHS)

           Plaintiff,              :

      -v-                                         :    **ORDER**

NEW YORK UNIVERSITY,                            :

           Defendant.              :
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that Clerk's Office is directed to release the $5,000.00 security bond posted on March 19, 2021, made payable to ███████████████ ███████████████.

Dated: New York, New York
       May 26, 2021

                                              SO ORDERED:

                                              _____
                                              Sidney H. Stein, U.S.D.J.